UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **POLARIS CAPITAL, LLC.,**<br><br>        Plaintiff,<br><br>v.<br><br>**PIETER J. GASPERSZ,<br>SABRINA GENNARINO<br>GIRL'S GOTTA EAT<br>ENTERTAINMENT, LLC, and<br>GGEE PRODUCTIONS LOUISIANA,<br>LLC,**<br><br>        Defendants. | Civ. No. 12-3805 (KM)<br><br>**ORDER** |

A Report and Recommendation was filed on October 1, 2012 recommending that Defendants' motion to stay and compel arbitration be granted. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 22nd day of October 2012, hereby,

1

**ORDERED** that the Report and Recommendation of Magistrate Judge Michael A. Hammer is adopted as the Opinion of this Court; and it is further

**ORDERED** that Defendants' motion to stay this action and compel arbitration is **GRANTED**; and it is further

**ORDERED** that arbitration of all of Plaintiff's claims shall occur in New Jersey.

_____
KEVIN MCNULTY, U.S.D.J.

cc:   The Hon. Michael A. Hammer, U.S.M.J.